# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2021 KW 0737

VERSUS

KENNETH MORGAN                                           **OCTOBER 1, 2021**

---

In Re:    Kenneth Morgan, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No.
          1545-07.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator has failed to
carry his burden of proving that he was convicted by a
nonunanimous jury verdict. See La. Code Crim. P. art. 930.2.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT